IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION, for asset backed funding corporation asset backed certificates 2006 HE1, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:23-cv-2692-S-BN |
| FALISSA MICHEAUX, SCHNIKA MCKISSIC, individually and as legal guardian for E.T., NATALIE VERSEY, TANOSHA BISHOP, MONTOYA TARGTON, TERRY TARGTON, JR., and TARIQ TARGTON, | § § § § § § § § § | |
| Defendants. | § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff U.S. Bank Trust Company National Association, for asset backed funding corporation asset backed certificates 2006 HE1, ("U.S. Bank") filed a Motion for Summary Judgment and Motion for Default Judgment. *See* Dkt. No. 61.

This case was referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and an order of reference from United States District Judge Karen Gren Scholer. *See* Dkt. No. 4.

The undersigned entered findings of fact and conclusions of law on January 19, 2026 [Dkt. No. 65] recommending that the Court dismiss this lawsuit without prejudice for lack of subject-matter jurisdiction (the "FCR"). The undersigned also

recommended that, if U.S. Bank provided jurisdictional evidence, the Court should deny the motion for lack of evidence of Defendants' heirship.

After entry of the FCR, U.S. Bank submitted objections, which included evidence of jurisdiction and evidence of heirship. *See* Dkt. No. 66.

In light of the objections, the undersigned withdraws the January 19, 2026 FCR [Dkt. No. 65]. The undersigned will enter new findings of fact and conclusions of law that addresses the objections and new evidence.

SO ORDERED.

DATED: February 3, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE