# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION, for asset backed funding corporation asset backed certificates 2006 HE1 | § § § § § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-2692-S-BN |
| FALISSA MICHEAUX, SCHNIKA MCKISSIC, individually and as legal guardian for E.T., NATALIE VERSEY, TANOSHA BISHOP, MONTOYA TARGTON, TERRY TARGTON, JR., and TARIQ TARGTON | § § § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **GRANTS IN PART** Plaintiff U.S. Bank National Association's Motion for Attorney's Fees [ECF No. 72] and **AWARDS** Plaintiff $20,717.50 in attorneys' and paralegals' fees.

**SO ORDERED.**

SIGNED October 8, 2026.

**UNITED STATES DISTRICT JUDGE**